1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                              EASTERN DISTRICT OF CALIFORNIA
10
11    SHANE STEVEN JOHNSON,                    Case No.: 1:21-cv-01066-EPG
12                      Plaintiff,             ORDER GRANTING APPLICATION TO
                                               PROCEED *IN FORMA PAUPERIS*, DIRECTING
13          v.                                 SERVICE, AND STAYING CASE PURSUANT TO
                                               GENERAL ORDER 615
14    COMMISSIONER OF SOCIAL SECURITY,
15                      Defendant.             (ECF No. 2)
16

17
18          Plaintiff seeks judicial review of an administrative decision of the Commissioner of Social

19   Security denying the plaintiff's claim for disability benefits under the Social Security Act. Pending

20   before the Court is Plaintiff's application to proceed *in forma pauperis*. (ECF No. 2.) Having reviewed

21   the application, the Court finds that Plaintiff has made the requisite showing under 28 U.S.C. § 1915

22   in order to proceed *in forma pauperis*.

23          Accordingly, IT IS HEREBY ORDERED that:

24          1.  Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

25          2.  The Clerk of Court is directed to issue the following: 1) summons; 2) the Scheduling

26              Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to

27              Assignment or Request for Reassignment form.

28          3.  Service on the Commissioner of Social Security shall proceed under the Court's E-Service

                program as follows: once a summons is issued, the Clerk of Court shall deliver to the

1      Commissioner of Social Security Administration and the United States Attorney's Office at

2      their designated email addresses a notice of electronic filing of the action along with the

3      summons and complaint. The Commissioner has agreed not to raise a defense of

4      insufficient service of process if provided with notice of a complaint as detailed in this

5      order. This order is not intended to prevent parties from making any other motions that are

6      appropriate under the Federal Rules of Civil Procedure.

7   4.   The parties are hereby notified that, pursuant to General Order Number 615, this action has

8      been stayed pending filing of the administrative record. See E.D. Cal. G.O. No. 615 at 6,

9      10.

11  IT IS SO ORDERED.

13  Dated:   __**July 9, 2021**__            /s/ _Erica P. Grosjean_

                                    UNITED STATES MAGISTRATE JUDGE