# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE STEVEN JOHNSON, et al.,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.  1:21-cv-01066-AWI-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT PLAINTIFF SHANE STEVEN JOHNSON'S SUPPLEMENTAL SECURITY INCOME CLAIM BE DISMISSED<br><br>(ECF No. 18) |

Plaintiff Shane Steven Johnson ("Plaintiff Johnson"), proceeding through counsel, initiated this action on July 7, 2021, seeking review of the Commissioner of Social Security's decision denying his application for disability insurance benefits and supplemental security income benefits. (ECF No. 1.)

Plaintiff Johnson died on August 16, 2021, and Tanya Arrasmith ("Plaintiff Arrasmith") was substituted as plaintiff for Plaintiff Johnson's disability insurance benefits claim (ECF No. 16.) On January 26, 2022, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff Johnson's claim for supplemental security income benefits be dismissed. (ECF No. 18.) Those findings and recommendations were served on Plaintiff with instructions that any objections must be filed within fourteen days after service. (*Id.* at 2-3.) No objections have been filed, and the time to do so has expired.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations entered on January 26, 2022 (ECF No. 18) are adopted in full; and
2. Plaintiff Shane Steven Johnson's claim for supplemental security income benefits is dismissed.

IT IS SO ORDERED.

Dated:   February 21, 2022                              _____
                                                                                    SENIOR DISTRICT JUDGE