PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE STEVEN JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01066-EPG<br><br>ORDER RE: STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 28) |

    Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended forty-five (45) days from November 28, 2022, up to and including January 12, 2023.  This is the Defendant's first request for an extension on the deadline to file her Motion for Summary Judgment.

    Counsel for Defendant requests this extension due to workload issues that have been exacerbated after Counsel was unexpectedly sick with the flu.  For example, Counsel for Defendant is currently responsible for briefing dispositive cases in sixteen Federal District Court cases between November 14, 2022 and December 9, 2022.  Furthermore, Counsel will be out of the office from November 17, 2022 through November 28, 2022.  Defendant appreciates

1  Plaintiff's Counsel's professional courtesy and apologizes to the Court for the inconvenience.
2       The parties further stipulate that the Court's Scheduling Order shall be modified
3  accordingly.

Respectfully submitted,

Dated:  November 16, 2022                PHILLIP A. TALBERT
                                         United States Attorney
                                         PETER THOMPSON
                                         Acting Regional Chief Counsel, Region IX
                                         Social Security Administration

                              By    /s/  Marla K. Letellier
                                         MARLA K. LETELLIER
                                         Special Assistant U.S. Attorney

                                         Attorneys for Defendant

Dated:  November 16, 2022                PENA & BROMBERG

                              By    /s/  Jonathan Pena*
                                         (*as authorized via e-mail on November 16, 2022)
                                         JONATHAN PENA
                                         Attorney for Plaintiff

# ORDER

Pursuant to the parties' stipulation (ECF No. 28), IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including January 12, 2023, to file Defendant's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **November 18, 2022**       /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE