PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (510) 970-4858
    Facsimile:  (415) 744-0134
    E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE STEVEN JOHNSON,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-01066-EPG<br><br>ORDER RE: STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT<br><br>(ECF No. 31). |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

|     |                           |    |                                                           |
| --- | ------------------------- | -- | --------------------------------------------------------- |
| 1   |                           |    | Respectfully submitted,                                   |
| 2   | Dated:  February 15, 2023 |    | PHILLIP A. TALBERT                                        |
| 3   |                           |    | United States Attorney                                    |
|     |                           |    | PETER THOMPSON                                            |
| 4   |                           |    | Acting Regional Chief Counsel, Region IX                  |
| 5   |                           |    | Social Security Administration                            |
| 6   |                           | By | /s/ *Marla K. Letellier*                                  |
| 7   |                           |    | MARLA K. LETELLIER                                        |
|     |                           |    | Special Assistant U.S. Attorney                           |
| 8   |                           |    | Attorneys for Defendant                                   |

Dated:  February 15, 2023        PENA & BROMBERG

By       /s/ *Jonathan Pena**
(*as authorized via e-mail on February 15, 2023)
JONATHAN PENA
Attorney for Plaintiff

**ORDER**

Based on the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 31), and for cause shown, IT IS ORDERED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **February 17, 2023**                  /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE